**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

10-13470

DEBTOR: __Lester McSorley__   JOINT DEBTOR: __Eudeil E. McSorley__   CASE NO.: __10-___-___
Last Four Digits of SS#: __8743__   Last Four Digits of SS#: __3382__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $__1,143.87__ for months __1__ to __60__ ;
  B.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
                Balance Due $_____ payable $_____/month (Months ___ to ___ )
Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____      Arrearage on Petition Date $_____
         _____      Arrears Payment    $_____/month (Months ___ to ___ )
                                 Regular Payment    $_____/month (Months ___ to ___ )
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ | $ |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                       Payable   $_____/month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $__1,039.88__/month (Months __1__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:** Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _/s/ Lester McSorley_____   Date: __2·12·10__

Joint Debtor: _/s/ Eudeil E. McSorley_____   Date: __2·12·10__