Form 210A (12/09)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF FLORIDA

In Re: MCSORLEY; EUDEIL ELEONOR         Case No.  1013470

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    HSBC Bank Nevada, N.A.
-----------------------------------------             -----------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): 10
should be sent:                                       Amount of Claim: $8,618.43
POB 41067                                             Date Claim Filed: 06/17/2010
Norfolk, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  7256                    Last Four Digits of Acct #:

Name and Address where transferee payments            Seller Information
Should be sent (if different from above)              SQUARETWOFINANCIAL
POB 12914                                             SQUARE TWO FINANCIAL
Norfolk, VA 23541                                     4340 MONACO ST. SECOND FLOOR
                                                      DENVER CO 80237
Phone: (877)829-8298
Last Four Digits of Acct # : 7256

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                Date: 5/17/2011
    -----------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571